UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

BRITTANY BUCKNER											Plaintiff

v.													Civil Action No. 4:23-cv-123

JPMORGAN CHASE BANK, N.A.,									Defendant

\* \* \* \* \*

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this same date and pursuant to Rule 12(b)(6), Rule 56 and Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED** and **ADJUDGED** as follows:

(1)   Judgment is entered in favor of Defendant JPMorgan Chase Bank, N.A., with respect to the claim brought by Plaintiff Brittany Buckner in this matter.

(2)   This action is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket.

(3)   This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

June 18, 2025

Rebecca Grady Jennings, District Judge
United States District Court